**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In re:    MARK DOUGLAS MUNDEE,                    Case No.14-37911- LMI

                                                                                                     Chapter 13

                Debtor(s) .
_____/

**<u>CERTIFICATE OF SERVICE</u>**

      **I HEREBY CERTIFY** that on April 4, 2015, a true and correct copy of debtor's

Motion to Waive Requirement of Wage Deduction Order (DE 47) and Notice of Hearing

(DE 48) was transmitted electronically to:

Nancy N. Herkert, Trustee
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Samantha Carr on behalf of creditor Nationstar Mortgage LLC
sacarr@logs.com, electronic bankruptcynotices@logs.com

**and mailed to:**

Nationstar Mortgage LLC
Bankruptcy Department
PO Box 619094
Dallas, Texas 75261-9741

Calvary SPV I, LLC as assignee of HSBC Bank Nevada
Calvary SPV I, LLC
500 Summit Lake Drive, Suite 400
Valhalla, New York 10595

Dated:   April 29, 2015

        I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

        Respectfully submitted,

        LEGAL SERVICES OF GREATER MIAMI, INC.

        By   /s/ Carolina A. Lombardi
            Carolina A. Lombardi
            Florida Bar No.  241970
            Attorney for Debtor
            3000 Biscayne Boulevard, Ste. 500
            Miami, FL 33137
            Telephone: (305) 438-2427
             Fax: (305) 573-5800